# United States Court of Appeals
## for the Fifth Circuit

_____

No. 21-30578
_____

**A True Copy**
Certified order issued Nov 15, 2021

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Monique Marie Lafontaine,

    *Plaintiff—Appellant*,

versus

Massachusetts Mutual Life Insurance Company,

    *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-3458

_____

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of November 15, 2021, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

Case: 21-30578 Document: 00516092383 Page: 2 Date Filed: 11/15/2021
Case 3:20-cv-03450-WBV-DPC Document 6 Filed 11/12/21 Page 4/15/2021

No. 21-30578

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT