## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONIQUE MARIE LAFONTAINE** | § | **CIVIL ACTION NO. 20-3458 "D"(2)** |
| | § | |
| **Plaintiff** | § | **JUDGE VITTER** |
| | § | |
| **versus** | § | **MAGISTRATE CURRALT** |
| | § | |
| **MASSACHUSETTS MUTUAL LIFE** | § | **JURY TRIAL DEMAND** |
| **INSURANCE COMPANY** | § | |
| | § | |
| **Defendant** | § | |

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiff/Appellant, Monique Marie Lafontaine, hereby amends her Notice of Appeal (Doc. 61) filed on September 18, 2021, to the United States Fifth Circuit Court of Appeal from the Final Judgment (Doc. 59) rendered by The Honorable Wendy B. Vitter and entered on the docket on August 20, 2021.

Plaintiff/Appellant timely filed a Motion for Relief from Final Judgment Pursuant to Fed. R. Civ. Proc. 52, 54, 59, and 60 in the district court on September 17, 2021. (Doc. 60).  On November 2, 2021, Judge Vitter's Order and Reasons disposing of the Plaintiff/Appellant's Motions was entered on the docket. (Doc. 67).

Plaintiff/Appellant now timely amends her Notice of Appeal pursuant to Fed. R. App. Proc. 4(a)(4)(A) & (B), and 4(a)(7)(A), from Judge Vitter's Order and Reasons disposing of Plaintiff/Apppellant's Motion for Relief from Final Judgment Pursuant to Fed. R. Civ. Proc. 52, 54, 59, and 60.  Pursuant to Fed. R. App. Proc. 4(a)(4)(B)(iii), no additional fee is required to file this Amended Notice.

In an abundance of caution, Plaintiff/Appellant also designates this Amended Notice of Appeal from the Final Judgment also as a separate Notice of Appeal from the Order and Reasons

disposing of her Motions filed in the district court.

Respectfully Submitted,


 /s/ Monique M. Lafontaine
Monique M. Lafontaine (#24557)
625 West William David Parkway
Metairie, Louisiana 70005
Telephone: 504-669-5385
MML929@gmail.com
Attorney for herself, as Plaintiff/Appellant


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Appeal was served upon

defense counsel via electronic filing this 2d day of December 2021.

 /s/ Monique Lafontaine